# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Nov 12, 2020

SEAN F. McAVOY, CLERK

U.S.A. vs.    Rosas, Manuel    Docket No.    0980 4:20CR06031-SAB-3

**Petition for No Action on Conditions of Pretrial Release**

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Manuel Rosas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Richland, Washington, on the 2nd day of November 2020, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Violation number #1: Manuel Rosas is alleged to be in violation of his pretrial release conditions by having used methamphetamine and fentanyl on November 2, 2020.

Per COVID-19 procedures, on November 4, 2020, the conditions of pretrial release supervision were reviewed with Mr. Rosas. He verbally acknowledged an understanding of his conditions, which included standard condition number 9.

On November 6, 2020, Mr. Rosas admitted to having used methamphetamine and fentanyl on November 2, 2020. The defendant has been referred for a substance abuse assessment with Merit Resource Services and has been instructed to complete the assessment by November 12, 2020. Mr. Rosas agreed to obtain the assessment and follow through with recommended treatment.

PRAYING THAT THE COURT WILL ORDER NO ACTION AT THIS TIME

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on: November 10, 2020 |
| by | s/Elizabeth Lee |
|  | Elizabeth Lee<br>U.S. Pretrial Services Officer |

Re: Rosas, Manuel
November 10, 2020
Page 2

THE COURT ORDERS

[X]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

_M. K. Dimke_
Signature of Judicial Officer

11/12/2020
Date