# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 09, 2020**

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Rosas, Manuel | Docket No. | 0980 4:20CR06031-003 |

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Manuel Rosas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Richland, Washington, on the 2nd day of November 2020, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #7:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Manuel Rosas is alleged to be in violation of his pretrial release conditions by failing to submit to a random urinalysis drug test on November 24, 2020, and December 7, 2020.

**Violation #2:** Manuel Rosas is alleged to be in violation of his pretrial release conditions by having used methamphetamine on and before November 29, 2020.

**Violation #3:** Manuel Rosas is alleged to be in violation of his pretrial release conditions by having used methamphetamine and fentanyl on December 4, 2020.

Violations 1-3 combined for brevity.
Per COVID-19 procedures, on November 4, 2020, the conditions of pretrial release supervision were reviewed with Mr. Rosas. He verbally acknowledged an understanding of his conditions, which included standard condition number 9 and special condition number 7.

On November 4, 2020, Mr. Rosas was referred to Merit Resource Services (Merit) to participate in the color line program for random drug testing and for a substance abuse evaluation. Mr. Rosas was informed and instructed to call the color line daily, Monday through Friday, and to report in person for drug testing if his assigned color, Brown, was called for the day. Mr. Rosas verbalized understanding this requirement.

On November 24, 2020, Mr. Rosas failed to report to Merit for random drug testing. Mr. Rosas indicated he forgot to call the color line when questioned. Mr. Rosas was instructed to report to Merit for drug testing on November 30, 2020.

On November 30, 2020, Mr. Rosas reported to Merit for drug testing as instructed; however, the onsite test results were positive for methamphetamine. Merit reported the urine sample was sent to Alere Toxicology Laboratory for confirmation and the results are pending.

PS-8
**Re: Rosas, Manuel**
**December 9, 2020**
**Page 2**

On December 7, 2020, Mr. Rosas advised this officer the drug test he completed on November 30, 2020, would be positive because he used methamphetamine on or before November 29, 2020. Additionally, Mr. Rosas admitted to using methamphetamine and fentanyl on December 4, 2020. During this contact, Mr. Rosas also acknowledged he was aware his assigned color was called on this date (December 7, 2020) and indicated he was on his way to Merit for a drug test.

On December 8, 2020, Merit reported Mr. Rosas failed to appear for drug testing on December 7, 2020. Mr. Rosas confirmed he did not report to Merit before the office closed.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: December 9, 2020

by s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

12/9/2020

Date