# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jan 25, 2021**

SEAN F. McAVOY, CLERK

U.S.A. vs.   Rosas, Manuel                              Docket No.         0980 4:20CR06031-003

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Manuel Rosas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Richland, Washington, on the 2nd day of November 2020 under the following conditions:

**Standard Condition #6:** Defendant shall report to the U.S. Probation/Pretrial Services Office before or immediately after release and shall report as often as they direct, at such times and in such manner as they direct.

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #7:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Manuel Rosas is alleged to be in violation of his pretrial release conditions by failing to submit to a random urinalysis drug test on December 17, 2020; and December 29, 2020.

**Violation #2:** Manuel Rosas is alleged to be in violation of his pretrial release conditions by failing to report by telephone as instructed on January 5, 2021; and January 11, 2021

**Violation #3:**.Manuel Rosas is alleged to be in violation of his pretrial release conditions by having used methamphetamine on and before January 10, 2021; and on or before January 12, 2021.

Violations 1-3 preface combined for brevity:

Per COVID-19 procedures, on November 4, 2020, the conditions of pretrial release supervision were reviewed with Mr. Rosas. He verbally acknowledged an understanding of his conditions, which included standard condition number 6, 9 and special condition number 7. Mr. Rosas was instructed to report weekly by telephone on Monday's. Mr. Rosas verbally acknowledged a full understanding.

On November 4, 2020, Mr. Rosas was referred to Merit Resource Services (Merit) to participate in the color line program for random drug testing and for a substance abuse evaluation. Mr. Rosas was informed and instructed to call the color line daily, Monday through Friday, and to report in person for drug testing if his assigned color, Brown, was called for the day. Mr. Rosas verbalized understanding this requirement.

On December 17, 2020, Mr. Rosas failed to report to Merit for random drug testing. Mr. Rosas indicated he did not report because he was at the hospital. Mr. Rosas was instructed to show doctor documentation showing he was seen on December 17, 2020. To date, Mr. Rosas has failed to provide documentation.

Re: Rosas, Manuel
January 25, 2021
Page 2

On December 29, 2020, Mr. Rosas failed to complete a drug test. Merit staff noted Mr. Rosas tried to provide a urine sample for drug testing but was not able to and instructed Mr. Rosas to contact his officer for further instructions. Mr. Rosas did not contact the undersigned officer.

On January 5, 2021, Mr. Rosas failed to report to the undersigned officer by telephone as instructed. On January 6, 2021, a voice mail instructing Mr. Rosas to call back was left on his cell phone, as he did not answer. Mr. Rosas responded afterhours in a text message stating he received the voice message, his phone was off as he did not have service, he had just turned it back on, and he would call the next day. On January 7, 2021, Mr. Rosas did not call.

On January 11, 2021, Mr. Rosas failed to report by telephone to the undersigned officer as instructed. On January 12, 2021, a voice message was left instructing Mr. Rosas to contact the undersigned officer below by 10a.m. on January 13, 2021.

On January 13, 2021, Mr. Rosas called as instructed. He reported his phone had been off because he had not paid the service bill. Mr. Rosas admitted to using methamphetamine on or before January 10 and 12, 2021.

PRAYING THAT THE COURT WILL ORDER A SUMMONS

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: January 25, 2021

by s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke* (signature)

Signature of Judicial Officer

1/25/2021

Date