# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 02, 2021**

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Rosas, Manuel | Docket No. | 0980 4:20CR06031-003 |
|---|---|---|---|

### Petition for Action on Conditions of Pretrial Release

    COMES NOW Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Manuel Rosas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Richland, Washington, on the 2nd day of November 2020, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #7:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office.

**Special Condition #5:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange, in any form and at any time, any and all diagnostic information, treatment recommendation information, or compliance reports, or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

    RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

**Violation #4:** Manuel Rosas is alleged to be in violation of his pretrial release conditions by having used a controlled substance, methamphetamine and fentanyl, on January 23 and 25, 2021.

**Violation #5:** Manuel Rosas is alleged to be in violation of his pretrial release conditions by failing to submit to a random urinalysis drug test on January 26, 2021.

**Violation #6:** Manuel Rosas is alleged to be in violation of his pretrial release conditions by failing to comply with drug and alcohol treatment on or about January 21, 2021.

Violation 4-6 preface combined for brevity:

Per COVID-19 procedures, on November 4, 2020, the conditions of pretrial release supervision were reviewed with Mr. Rosas. He verbally acknowledged an understanding of his conditions, which included standard condition number 9, special condition number 7 and 5.

On November 4, 2020, Mr. Rosas was referred to Merit Resource Services (Merit) to participate in the color line program for random drug testing and for a substance abuse evaluation. Mr. Rosas was informed and instructed to call the color line daily, Monday through Friday, and to report in person for drug testing if his assigned color, Brown, was called for the day. Mr. Rosas verbalized understanding this requirement.

Re: Rosas, Manuel
February 02, 2021
Page 2

On January 26, 2021, Mr. Rosas admitted to using methamphetamine and fentanyl on January 23 and 25, 2021.

On January 27, 2021, Merit reported Mr. Rosas did not report for drug testing when his assigned color, Brown, was called on January 26, 2021. Mr. Rosas left a voice message stating he did not arrive to Merit in time before closing because he was talking to his girlfriend and lost track of time.

On February 1, 2021, Merit reported Mr. Rosas' treatment services file was closed on January 21, 2021, as a result of Mr. Rosas' failure to make contact.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: February 2, 2021

by  s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS
[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

M. K. Dimke

Signature of Judicial Officer

2/2/2021

Date