PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 09, 2021

SEAN F. McAVOY, CLERK

| U.S.A. vs. | Rosas, Manuel | Docket No. | 0980 4:20CR06031-003 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW  Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Manuel Rosas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke, sitting in the court at Richland, Washington, on the 2nd day of November 2020, under the following conditions:

**Standard Condition #9**: Defendant shall refrain from the use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner in conformance with Federal law. Defendant may not use or possess marijuana, regardless of whether Defendant has been authorized medical marijuana under state law.

**Special Condition #7:** Defendant shall submit to random urinalysis and/or breathalyzer testing as directed by the United States Probation/Pretrial Services Office

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation # 7:** Manuel Rosas is alleged to be in violation of his pretrial release conditions by having used a controlled substance, methamphetamine, on or about February 8, 2021.

**Violation #8:** Manuel Rosas is alleged to be in violation of his pretrial release conditions by failing to submit to a random urinalysis drug test on February 8, 2021.

Violations 7 and 8 preface combined for brevity:

Per COVID-19 procedures, on November 4, 2020, the conditions of pretrial release supervision were reviewed with Mr. Rosas. He verbally acknowledged an understanding of his conditions, which included standard condition number 9 and special condition number 7, as noted above.

On November 4, 2020, Mr. Rosas was referred to Merit Resource Services (Merit) to participate in the color line program for random drug testing and for a substance abuse evaluation. Mr. Rosas was informed and instructed to call the color line daily, Monday through Friday, and to report in person for drug testing if his assigned color, brown, was called for the day. Mr. Rosas verbalized understanding this requirement.

On February 8, 2021, Mr. Rosas admitted to using methamphetamine earlier on this date. Mr. Rosas admitted he had not called the color line at Merit earlier on this day and would not be able to report to Merit  for drug testing before they closed. On February 9, 2021, Merit confirmed Mr. Rosas failed to report for drug testing as his assigned color, brown, was called on February 8, 2021.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

PS-8

**Re: Rosas, Manuel**
**February 9, 2021**
**Page 2**

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:     February 9, 2021

by     s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[  ]     The Issuance of a Summons
[ X]     The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]     Defendant to appear before the Judge assigned to the case.
[X ]     Defendant to appear before the Magistrate Judge.
[  ]     Other

Signature of Judicial Officer

2/9/2021

Date