# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 26, 2021

SEAN F. MCAVOY, CLERK

| U.S.A. vs. | Manuel Rosas | Docket No. | 0980 4:20CR06031-003 |
|---|---|---|---|

**Petition for Action on Conditions of Pretrial Release**

      COMES NOW, Elizabeth Lee, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant, Manuel Rosas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge, Mary K. Dimke, sitting in the court at Richland, Washington, on the 2nd day of November 2020, under the following conditions:

**Special Condition #1:** Defendant shall remain in the Eastern District of Washington unless given permission by the United States Probation/Pretrial Services Office.

**Special Condition #5:** Defendant shall submit to a substance abuse evaluation and undergo any recommended substance abuse treatment as directed by the United States Probation/Pretrial Services Office. Prior to commencing any evaluation or treatment program, Defendant shall provide waivers of confidentiality permitting the United States Probation/Pretrial Services Office and the treatment provider to exchange, in any form and at any time, any and all diagnostic information, treatment recommendation information, or compliance reports, or records related to Defendant's conditions of release and supervision, and evaluation, treatment, and performance in the program. It shall be the responsibility of defense counsel to provide such waivers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** Manuel Rosas is alleged to be in violation of his pretrial release conditions by failing to comply with substance abuse treatment by failing to enter a medical detox program followed by inpatient treatment as scheduled at American Behavioral Health Services (ABHS) on February 23, 2021.

**Violation #2:** Manuel Rosas is alleged to be in violation of his pretrial release conditions by traveling outside the Eastern District of Washington without permission by the United States Probation/Pretrial Services Office on or about February 25, 2021.

Violations 1 and 2 preface, combined for brevity:

Per COVID-19 procedures, on November 4, 2020, the conditions of pretrial release supervision were reviewed with Mr. Rosas. He verbally acknowledged an understanding of his conditions, which included special condition number 1 and 5.

On November 4, 2020, Mr. Rosas was referred to Merit Resource Services (Merit) to participate in the color line program for random drug testing and for a substance abuse evaluation.

On February 2, 2021, Merit Resource Services (Merit) reported Mr. Rosas' recommended treatment plan was to enter a medical detox program followed by inpatient substance abuse treatment. On February 22, 2021, ABHS confirmed Mr. Rosas was scheduled to enter a detox program followed by inpatient treatment on February 23, 2021.

On February 25, 2021, ABHS reported Mr. Rosas failed to report to the treatment facility as scheduled on February 23, 2021. Mr. Rosas admitted to not entering services as scheduled at ABHS because while on his way to the facility he had flat tire. Mr. Rosas indicated he then drove to Rainier Springs located in Vancouver, Washington, in Clark County, in efforts to admit

himself into a medical detox program; however, the facility did not have any open beds. Mr. Rosas indicated he was able to schedule services at Rainier Springs on February 26, 2021, and indicated he signed a release of information. However, this information was not able to be confirmed.

PRAYING THAT THE COURT WILL ORDER A WARRANT

|  |  |
|---|---|
|  | I declare under the penalty of perjury that the foregoing is true and correct. |
|  | Executed on:  February 26, 2021 |
| by | s/Elizabeth Lee |
|  | Elizabeth Lee<br>U.S. Pretrial Services Officer |

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

2/26/2021

Date