Manuel ✎ PS 8
(3/15)

# UNITED STATES DISTRICT COURT

for

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 02, 2021

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Manuel Rosas | Docket No. | 0980 4:20CR06031-003 |

### Petition for Action on Conditions of Pretrial Release

COMES NOW  Elizabeth Lee, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Manuel Rosas, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge Mary K. Dimke sitting in the court at Richland, Washington, on the 2nd day of November 2020, under the following conditions:

**Special Condition #1:** Defendant shall remain in the Eastern District of Washington unless given permission by the United States Probation/Pretrial Services Office.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #3:** Manuel Rosas is alleged to be in violation of his pretrial release conditions by traveling outside the Eastern District of Washington without permission by the United States Probation/Pretrial Services Office on or about February 28, 2021.

Per COVID-19 procedures, on November 4, 2020, the conditions of pretrial release supervision were reviewed with Mr. Rosas. He verbally acknowledged an understanding of his conditions, which included special condition number 1, as noted above.

On February 28, 2021, Mr. Rosas was arrested in the State of Oregon and  booked into the Umatilla County Jail.

PRAYING THAT THE COURT WILL INCORPORATE THE ABOVE VIOLATION WITH VIOLATION(S) PREVIOUSLY REPORTED TO THE COURT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on:    March 2, 2021

by    s/Elizabeth Lee

Elizabeth Lee
U.S. Pretrial Services Officer

PS-8
**Re: Rosas, Manuel**
**March 1, 2021**
**Page 2**

THE COURT ORDERS

[  ]   No Action
[  ]   The Issuance of a Warrant
[  ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this
       petition with the other violations pending before the
       Court.
[  ]   Defendant to appear before the Judge assigned to the case
[X]   Defendant to appear before the Magistrate Judge.
[  ]   Other

_____
Signature of Judicial Officer
  3/2/2021
_____
Date