FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 17, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MANUEL ROSAS,<br><br>    Defendant. | No. 4:20-CR-06031-SAB-3<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**ECF No. 221** |

Before the Court is Defendant's Motion to Modify Conditions of Release (ECF No. 221). Neither the United States nor the United States Probation/Pretrial Services Office oppose the Motion. Specifically, Defendant requests that the Court terminate Special Condition No. 9, which imposes a requirement that Defendant be subject to GPS location monitoring. ECF No. 205. In support of this motion for modification, Defendant notes his success on pretrial release, including his success in drug and alcohol treatment.

ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE - 1

For the reasons set forth in the Motion,

**IT IS ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 221**) is **GRANTED**.

2. Special Condition No. 9 (**ECF No. 205**) shall be **TERMINATED on Monday, September 20, 2021.**

3. Special Condition No. 10 (**ECF No. 205**) shall be **TERMINATED on Monday, September 20, 2021**.

4. All other conditions of release shall remain in effect.

DATED September 17, 2021.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE
